JOHN P. GODSIL (BAR NO. 174356)
john.godsil@ffslaw.com
TERRY J. KENT (BAR NO. 248098)
terry.kent@ffslaw.com
FREEMAN, FREEMAN & SMILEY, LLP
1888 Century Park East, Suite 1900
Los Angeles, California 90067
Telephone: (310) 255-6100
Facsimile: (310) 255-6200

Attorneys for Defendant/Cross-Complainant GOLDEN WEST CAPITAL, LLC, Trustee of the Marana 16 Trust

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, NA, formerly known as Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB,<br><br>Plaintiff,<br><br>v.<br><br>KIRK HEINTZ, an individual; LARRY TODT, an individual, TODD J. SMITH, an individual; TODD SMITH, an individual; CARL WALLACE, an individual; GOLDEN WEST CAPITAL, TRUSTEE OF THE MARANA 16 TRUST, an entity whose form is unknown; and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the real property located in the County of Orange, commonly described as 16 Marana Street, San Clemente, California, 92673 which claim would be adverse to plaintiff's title to or interest in said property; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. SACV10-01633 JVS (RZx)<br><br>[Assigned to the Hon. James V. Selna]<br><br>**DECLARATION OF TERRY J. KENT IN SUPPORT OF CROSS-CLAIMANT GOLDEN WEST CAPITAL'S REQUEST TO ENTER DEFAULT AS TO CROSS-DEFENDANT LARRY TODT** |

GOLDEN WEST CAPITAL, LLC, a California limited liability company,

1

|   |
|---|
| Cross-Complainant, |
| vs. |
| KIRK HEINTZ, an individual; LARRY TODT, an individual, TODD J. SMITH, an individual; CARL WALLACE, an individual; and CATHY HYDER, an individual. |
| Cross-Defendants |

I, Terry J. Kent, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts in the State of California, and an attorney with the law firm of Freeman, Freeman & Smiley, LLP, counsel of record for defendant/cross-complainant Golden West Capital, LLC, in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath. I make this declaration in support of Golden West Capital, LLC's Request To Enter Default.

2. On or about March 1, 2012, Golden West Capital, LLC filed its First Amended Answer To Wells Fargo Bank, N.A.'S Verified Complaint And Cross-Claim, naming Larry Todt as a cross-defendant. A true and correct copy of the First Amended Answer To Wells Fargo Bank, N.A.'S Verified Complaint And Cross-Claim is attached as Exhibit A.

3. On June 4, 2012, Larry Todt was served with the First Amended Answer To Wells Fargo Bank, N.A.'S Verified Complaint And Cross-Claim as evidenced by a proof of service filed with this Court on June 11, 2012.

4. Professional process server Nationwide Legal LLC produced amended proof of service documents on or about July 23, 2012. The amended proof of service documents were filed with this Court on July 27, 2012. A true and correct copy of the Amended Todt proof of service documents is attached as Exhibit B.

1722694.1

2

DECLARATION OF TERRY J. KENT IN SUPPORT OF CROSS-CLAIMANT GOLDEN WEST CAPITAL'S REQUEST TO ENTER DEFAULT AS TO CROSS-DEFENDANT LARRY TODT

5.  Under Rule 12 of the Federal Rules of Civil Procedure, cross-defendant Todt was required to answer or otherwise respond on or before July 2, 2012. Todt has not answered, responded, or asked for additional time in which to respond.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 27, 2012 at Los Angeles, California.

*/s/ Terry J. Kent*

TERRY J. KENT
Attorney for Defendant/Cross-Complainant
GOLDEN WEST CAPITAL, LLC, Trustee
of the Marana 16 Trust

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1722694.1

3

DECLARATION OF TERRY J. KENT IN SUPPORT OF CROSS-CLAIMANT GOLDEN WEST CAPITAL'S REQUEST TO ENTER DEFAULT AS TO CROSS-DEFENDANT LARRY TODT

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 1888 Century Park East, Suite 1900, Los Angeles, California 90067.

On July 27, 2012, I served true copies of the following document(s) described as **DECLARATION OF TERRY J. KENT IN SUPPORT OF CROSS-CLAIMANT GOLDEN WEST CAPITAL'S REQUEST TO ENTER DEFAULT AS TO CROSS-DEFENDANT LARRY TODT** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on July 27, 2012, at Los Angeles, California.

Mary B. Montgomery

1717028.1

PROOF OF SERVICE

# SERVICE LIST
## Golden West Capital LLC v. Wells Fargo Bank, et al
### SACV11-00200 JVS (RZx)

| | |
|---|---|
| Christopher A. Carr<br>Tim G. Ceperley<br>Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP<br>199 S. Los Robles Avenue, Suite 600<br>Pasadena, CA 91101-2459<br>Telephone: (626) 535-1900<br>Facsimile: (626) 577-7764<br>E-mail: ccarr@afrct.com<br>E-mail: tceperley@afrct.com | Attorneys for Defendant<br>WELLS FARGO BANK, N.A.<br>**BY CM/ECF** |
| Erik McLain<br>**McLain, PC**<br>650 Town Center Drive, Suite 1400<br>Costa Mesa, CA 92626<br>Telephone: (714) 656-3099<br>Facsimile: (714) 549-1997 | Attorneys for Cross-Defendant<br>CATHY HYDER<br>**BY CM/ECF** |
| Larry Todt<br>22337 Pacific Coast Highway<br>Suite 501<br>Malibu, CA 90265 | Defendant and Cross-Defendant in Pro Per<br>**BY MAIL** |
| Todd J. Smith<br>3639 Midway Dr., No. B275<br>San Diego, CA 92110 | Defendant and Cross-Defendant in Pro Per<br>**BY MAIL** |
| Kirk Heintz<br>307 Calle Vallerio<br>San Clemente, CA 92672<br>Telephone: (949) 547-5470 | Defendant and Cross-Defendant in Pro Per<br>**BY MAIL** |
| Carl Wallace<br>7629 Family Circle<br>San Diego, CA 92111-5304 | Defendant and Cross-Defendant in Pro Per<br>**BY MAIL** |

FREEMAN, FREEMAN & SMILEY, LLP
1888 CENTURY PARK EAST, SUITE 1900
LOS ANGELES, CALIFORNIA 90067
(310) 255-6100

1717028.1

PROOF OF SERVICE